**DENIED and Opinion Filed May 27, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00368-CV**
**No. 05-22-00369-CV**
**No. 05-22-00378-CV**

**IN RE HOWARD HOLLAND, Relator**

**Original Proceedings from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 31608-422, 31609-422 & 31610-422**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Nowell

Howard Holland has petitioned the Court for a writ of mandamus to compel the trial court to rule on two motions he represents he filed on January 7, 2022. We deny the petition.

Relator's petition does not comply with the rules of appellate procedure in that it is not properly certified and is not supported by a record of certified or sworn documents. *See* TEX. R. APP. P. 52.3(j), 52.3(k)(1)(A), 52.7(a)(1); *In re Butler*, 270 S.W.3d 757, 758–59 (Tex. App.—Dallas 2008, orig. proceeding); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 132.001 (describing how inmate may authenticate documents as sworn copies).

Furthermore, even if relator had filed a complying petition, he has not shown the trial court has had a reasonable time to rule upon the motions. *See In re Blakeney*, 254 S.W.3d 659, 661–62 (Tex. App.—Texarkana 2008, orig. proceeding) (no mandamus relief absent proof motion was filed, presented to the trial court with a request for a ruling, and trial court given reasonable time to issue ruling); *In re Molina*, 94 S.W.3d 885, 886 (Tex. App.—San Antonio 2003, orig. proceeding) (per curiam) (mandamus relief not available until trial court has had reasonable opportunity to rule on motion). In this case, relator asserts he filed his motions on January 7, 2022, reminded the trial court that they were pending by letter dated March 7, 2022, and filed his petition seeking mandamus relief on April 20, 2022. Even assuming the truth of relator's assertions, we cannot conclude relator has shown he is entitled to mandamus relief after such a short period of time.

We deny relator's petition. *See* TEX. R. APP. P. 52.8(a).

220368f.p05
220369f.p05
220378f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE